## GENERAL COURT, MAY TERM 1797.

The STATE, at the instance of the Rev. JOHN ASHTON, *vs.* MARELN H. DUVALL, and others.

THIS was a writ of *certiorari*, issued on the part of the defendants, to *Samuel Hepburn* one of the justices of the peace of the state of Maryland in and for Prince George's county, for the removal of certain proceedings depending before him on a *forcible entry and detainer.* By the return made by the justice it appeared that there had been no *inquisition* found, and that no proceedings had taken place, except a *venire facias* to the sheriff to summon a jury, which had not been returned, and no jury had been impannelled.

*Kilty* and *A. B. Duckett*, for the plaintiff.

*Key* and *Shaaff*, for the defendants.

The GENERAL COURT *quashed* the writ of *certiorari, quia irregulariter emanavit.*

The question then occurred whether or not the person suing out the writ of *certiorari* was to pay the costs.

*Shaaff* contended that the person suing out the *certiorari* is not to pay the costs in certain cases; he cited 1 *Bac. ab.* 517. Statute of 8 *and* 9 *W. and M. Salk.* 194. and *Sayman's costs*, 164. If the plaintiff *quash* his own writ, the defendant shall not have costs.

The COURT reserved the point for a future decision.